

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/17/2025_

Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

June 16, 2025

VIA ECF

The Honorable Analisa Torres, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: Severino v. GMAP Logistics LLC, 1:25-cv-03078 (AT)

Dear Judge Torres:

  This firm represents the Plaintiff. We submit this letter to respectfully request the June 20, 2025 deadline to submit the Case Management Plan be extended by 30 days.

  Plaintiff makes this request because, while Defendant was served via the Secretary of State on May 19, 2025, it has not yet filed a responsive pleading nor has any attorney representing Defendant contacted Plaintiff or filed a Notice of Appearance. We are, accordingly, mailing the pleadings to the company.

  This is the first request to extend this deadline. This request, if granted, would not affect any other dates or deadlines.

  We appreciate the Court's consideration of this request.

        Respectfully submitted,
        LIPSKY LOWE LLP

        s/ Douglas B. Lipsky
        Douglas B. Lipsky

GRANTED. By **July 21, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 17, 2025
   New York, New York

         _____
         ANALISA TORRES
         United States District Judge