USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/22/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO SEVERINO, Individually and on behalf of all other persons similarly situated,

                Plaintiff,

-against-

GMAP LOGISTICS LLC,

                Defendant.

25 Civ. 3078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated June 17, 2025, the Court directed the parties to file their joint letter and proposed case management plan by July 21, 2025. ECF No. 13. Those submissions are now overdue. Accordingly, by **August 4, 2025**, the parties shall file the required submissions.

    SO ORDERED.

Dated: July 22, 2025
       New York, New York

ANALISA TORRES
United States District Judge