UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO SEVERINO, Individually and on behalf
of all other persons similarly situated,

                              Plaintiff,

                 -against-

GMAP LOGISTICS LLC,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/5/2025

25 Civ. 3078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated April 21, 2025, the Court directed the parties to file a joint letter and proposed case management plan by June 20, 2025.  ECF No. 6.  On June 17, the Court granted Plaintiff's request for an extension and adjourned the deadline to July 21.  ECF No. 13.  On July 22, having received no submissions from the parties, the Court *sua sponte* extended the deadline to August 4.  ECF No. 21.  The parties' submissions are now, once again, overdue and the Court has not received any request for an extension of the deadline.

Accordingly, by **August 27, 2025**, the parties shall file their joint letter and proposed case management plan.  No further extensions of this deadline shall be granted absent exceptionally good cause shown.

SO ORDERED.

Dated: August 5, 2025
       New York, New York

ANALISA TORRES
United States District Judge