```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/10/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO SEVERINO, Individually and on behalf of all other persons similarly situated,

                  Plaintiff,

-against-

GMAP LOGISTICS LLC,

                  Defendant.

25 Civ. 3078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 15, 2025, Plaintiff Ernesto Severino filed this action alleging various violations of the Fair Labor Standards Act and New York state law. *See generally* Compl., ECF No. 1. Plaintiff seeks to bring a class action under Federal Rule of Civil Procedure 23 and a collective action under 29 U.S.C. § 206. On September 2, 2025, the Court ordered the parties to participate in private mediation by October 16, 2025. *See* ECF No. 25 at 2. A mediation conference is currently scheduled for September 25, 2025.

    By letter dated September 3, 2025, Plaintiff informed the Court that he intends to pursue a motion for conditional collective certification under 29 U.S.C. § 216(b), and requested an extension of the deadline to participate in mediation proceedings pending the Court's decision on the collective certification motion. *See* ECF No. 26. Defendant opposes this request, and contends that any motion for conditional certification should be "denied or at least stayed pending the outcome of mediation." ECF No. 27 at 3. Accordingly:

1. By **October 10, 2025**, Plaintiff shall file the motion for conditional collective certification;
2. By **October 24, 2025**, Defendant shall file its response; and
3. By **October 31, 2025**, Plaintiff shall file his reply, if any.

The Court declines to extend the deadline to participate in mediation.

SO ORDERED.

Dated: September 10, 2025
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge