UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO SEVERINO, Individually and on behalf
of all other persons similarly situated,

                        Plaintiff,

        -against-

GMAP LOGISTICS LLC,

                       Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/7/2026_____
```

25 Civ. 3078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated December 10, 2025, the Court extended the close of fact discovery to February 17, 2026. *See* ECF No. 39. Because fact discovery is ongoing, and because Plaintiff's motion for conditional collective certification remains pending, ECF No. 30, the case management conference currently scheduled for January 12, 2026, is ADJOURNED to **March 16, 2026**, at **10:00 a.m.**

      SO ORDERED.

Dated: January 7, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge