UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO SEVERINO, Individually and on
behalf of all other persons similarly situated,

                            Plaintiff,

            -against-

GMAP LOGISTICS LLC,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/13/2026__

25 Civ. 3078 (AT)

**CONDITIONAL
CERTIFICATION AND
NOTICE ORDER**

ANALISA TORRES, District Judge:

WHEREAS on April 15, 2025, Plaintiff Ernesto Severino filed a putative class and collective action complaint under federal and state wage and hour laws on behalf of himself and similarly situated individuals;

WHEREAS on October 10, 2025, Plaintiff filed a motion to (i) conditionally certify the collective action under the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 216(b), (ii) to authorize notice to the putative collective action members, and (iii) to equitably toll the statute of limitations (the "Motion");

IT IS HEREBY ORDERED THAT:

1) A collective action of the following individuals is conditionally certified: all persons whom Defendant employ or have employed who were delivery drivers or other comparable positions, at any time since October 1, 2024, to the entry of judgment in this case, who were non-exempt employees under the FLSA ("Collective Action Members").

2) The Collective Action Notice, Consent to Become a Party Plaintiff form, and email notice (collectively the "Collective Action Notice Package"), as filed at ECF No. 43-1[1]

---

[1] ECF No. 43-1 is a revised Notice to Class document which includes redline markings showing changes made to the previously submitted Notice to Class document at ECF No 30-1.  The Court approves dissemination of the Notice as filed at ECF No. 43-1, but without redlines.  In other words, the Court approves dissemination of a version

(Collective Action Notice), ECF No. 30-2 (Consent to Become a Party Plaintiff form), and ECF No. 43-3,[2] are approved and Plaintiff is authorized to distribute them to the Collective Action Members, including by email with the subject line, "COURT-AUTHORIZED MESSAGE: RE: SEVERINO, et al. v. GMAP LOGISTICS LLC, Case No. 25-cv-03078 (AT)."

3) Defendant shall produce to Plaintiff within ten (10) days of the date of this Order, in electronic, native format (i.e., Excel spreadsheet), all names, employment dates, job titles, mailing addresses, email addresses and telephone numbers (including, land lines and mobile) in Defendant's custody or control for the Collective Action Members (the "Collective Action Mailing List").

4) Plaintiff shall mail and email the Collective Action Notice Packages within twenty (20) days of receiving the complete Collective Action Mailing List from Defendant.  By **that same date**, Plaintiff shall file a letter with the Court indicating compliance with this paragraph of the order.

5) Beginning from the date the Collective Action Notice Packages are mailed, the Collective Action Members shall have sixty (60) days to email, fax or mail (with the post-mark being the determinative date) their Consent to Become a Party Plaintiff form to Plaintiff (the "Opt-In Period"). Plaintiff shall be responsible for filing these forms with the Clerk of Court.

6) Within ten (10) days of entry of this Order and until the last day of the Opt-In Period, Defendant shall conspicuously post in their workplace a full and correct copy of both the Collective Action Notice and Consent to Become a Party Plaintiff form. At a minimum,

---

of the Notice which includes applies the edits indicated at ECF No. 43-1 to the Notice initially filed at ECF No. 30-1, but those edits should not be indicated in redline.

[2] *See supra* n.1.

Defendant will post these documents where it posts other mandatory employment-related posters.

7) Plaintiff shall distribute the reminder notice filed at ECF No. 43-2[3] to the Collective Action Members via post card and email with the subject line, "COURT-AUTHORIZED MESSAGE: RE: SEVERINO, et al. v. GMAP LOGISTICS LLC, Case No. 25-cv-03078 (AT)."

SO ORDERED.

Dated: February 13, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

---

[3] *See supra* n.1.