UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO SEVERINO, Individually and on behalf
of all other persons similarly situated,

                              Plaintiff,

        -against-

GMAP LOGISTICS LLC,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/2026

25 Civ. 3078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 3, 2026, the Court granted Plaintiff's motion for conditional collective certification of an opt-in class under the Fair Labor Standards Act. *See* ECF Nos. 30, 42. The opt-in period is ongoing. Additionally, the Court notes that fact discovery closed on February 17, 2026. *See* ECF No. 39.

Accordingly, the case management conference currently scheduled for March 16, 2026, is ADJOURNED *sine die*. By **April 13, 2026**, the parties shall submit a joint status update. Should the parties wish to re-open discovery by extending the dates set forth in this Court's order at ECF No. 39, they shall indicate as such in their status update.

SO ORDERED.

Dated: March 13, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge